

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-26-00141-CV

**ESTATE OF ELIOT CARMI, DECEASED**

On Appeal from the Probate Court No. 2
Tarrant County, Texas
Trial Court No. 2024-PR01515-2-A, Honorable Brooke Allen, Presiding

April 16, 2026

## MEMORANDUM OPINION

Before PARKER, C.J., and DOSS and YARBROUGH, JJ.

Appellants, Cristina Carmi, Daniel Carmi, and Matthew Carmi, appeal from the trial court's *Agreed Final Judgment*.[1] Now pending before this Court is Appellants' unopposed motion seeking voluntary dismissal of the appeal.

The Court finds that the motion complies with the requirements of Rule of Appellate Procedure 42.1(a)(1) and that granting the motion will not prevent any party from seeking relief to which it would otherwise be entitled. As no decision of the Court has been delivered to date, we grant the motion. The appeal is dismissed. Because the motion

---

[1] Originally appealed to the Second Court of Appeals, this appeal was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts. *See* TEX. GOV'T CODE § 73.001.

does not reflect an agreement of the parties concerning the payment of costs, costs will be taxed against Appellants.  *See* TEX. R. APP. P. 42.1(d).  No motion for rehearing will be entertained and our mandate will issue forthwith.

Per Curiam